■ JOEL PAULL, M.D., et al., Respondents, v FIRST UNUM LIFE INSURANCE COMPANY et al., Appellants, et al., Defendants. (Appeal No. 1.) [732 NYS2d 611] —Appeal unanimously dismissed without costs (*see,* CPLR 5511; *Matter of Brown v Stark-weather,* 197 AD2d 840, 841, *lv denied* 82 NY2d 653). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Discovery.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.